UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZEKO INVESTMENT CORP.,

    Plaintiff,

v.                                                       Case No.: 8:18-cv-155-T-AAS

M&L RESTAURANT GROUP, LLC,
et al.,

    Defendants.
_____/

## ORDER

This order follows a hearing on the parties' joint motion to extend case management deadlines (Doc. 35). Under Federal Rule of Civil Procedure 16(b)(4), the court may modify a case management and scheduling order for good cause. The parties' joint motion establishes good cause to extend deadlines in the Case Management and Scheduling Order (Doc. 14). Therefore, for the reasons stated at the telephonic hearing, the parties' motion is **GRANTED** as follows:

1. The defendants' response(s) to the plaintiff's pending motion for partial summary judgment (Doc. 28) is due by **December 14, 2018**.

2. The parties' deadline for filing any other dispositive motions is **January 18, 2019**.

3. The fact discovery deadline is extended to **February 1, 2019** (and the parties consent to this deadline being almost two weeks after the deadline for filing dispositive motions).

1

4. No later than **seven days** after the court has ruled on all motions for summary judgment, the parties must file a joint motion proposing deadlines for expert discovery and reports, and any other pretrial deadlines as well as a proposed timeframe for the final pretrial conference. In that motion, the parties must also estimate the anticipated length of the bench trial.

**ORDERED** in Tampa, Florida on December 11, 2018.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge